**FILED**

OCT 1 5 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDEN ZERE, )
)
        Plaintiff, )
)
      v. ) Civil Action No. **12 1686**
)
LEROY CLARKE, M.D., )
)
        Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). Plaintiff's complaint fails to meet this minimal pleading standard. The Court is unable to discern a claim against the defendant, and the complaint makes no demand for relief. Accordingly, the complaint will be dismissed. An Order accompanies this Memorandum Opinion.

DATE: *October 5, 2012*

United States District Judge